The People of the State of New York ex rel. John J. Brown, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Baltimore Dairy Lunch Company, Appellant, v. Belmore Lunch Company and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Michael Cantwell, as Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Cawston Construction Company, Appellant, v. Prospect Investing Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Lena Citron, Appellant, v. Michele Nesi, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Lippmann D. Gibbs, Appellant, v. The Title Guaranty and Surety Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Anna T. Koch, Respondent, v. William Fox, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Lenox Construction Company, Appellant, v. New York Telephone Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York ex rel. Charles L. Blankenberg, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Carlina Di Prete and Another, as Administrators, etc., Respondents, v. Canavan Brothers Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Henry Carroll Brown, Respondent, v. Marcus Daly, as Executor, etc., and Another, Respondents, Impleaded with Margaret Price Brown, an Infant, and Another, Appellants.— Judgment and order affirmed, with costs to plaintiff, respondent, and to the guardian *ad litem* of the defendants, appellants, payable out of the estate. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.